UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
:
TRUSTEES OF THE NEW YORK CITY :
DISTRICT COUNCIL OF CARPENTERS :
PENSION FUND, WELFARE FUND, :
ANNUITY FUND, AND APPRENTICESHIP, : No. 17-CV-1051 (VSB) (JLC)
JOURNEYMAN RETRAINING, :
EDUCATIONAL AND INDUSTRY FUND, : ORDER
et al., :
                        Petitioners, :
:
           -v- :
:
:
GOLDEN DEVELOPMENT AND :
CONSTRUCTION CORP., :
:
                        Respondent. :
:
----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/2/2017

VERNON S. BRODERICK, United States District Judge:

      On February 13, 2017, Petitioners Trustees of the New York City District Council of Carpenters Pension Fund, Welfare Fund, Annuity Fund, and Apprenticeship, Journeyman Retraining, Educational and Industry Fund; Trustees of the New York City District Council of Carpenters Relief and Charity Fund; the New York City and Vicinity Carpenters Labor-Management Corporation; and New York City District Council of Carpenters (together, "Petitioners") filed a petition to confirm an arbitration award. (Doc. 1.) Respondent Golden Development and Construction Corp. ("Respondent") failed to respond to the petition. On April 25, 2017, I referred the unopposed petition to Magistrate Judge James L. Cott for a determination as to liability and damages. (*See* Docs. 10, 12.)

      On July 6, 2017, Judge Cott issued a Report and Recommendation recommending that I confirm the arbitration award and, as modified, grant Petitioners' application for attorneys' fees

and costs. (Doc. 14.) No objections have been filed and the deadline for objections has passed. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

I have reviewed the Report and Recommendation for clear error and find none. Accordingly, I hereby ADOPT the Report and Recommendation, (Doc. 14), in its entirety. The arbitration award requiring Respondent to pay Petitioners $108,808.41, with interest to accrue at a rate of five and a half percent from the date of the award until the date of judgment, is affirmed. Petitioners are entitled to attorneys' fees and costs in the amount of $727.50. Petitioners are also entitled to post-judgment interest at the rate provided for by 28 U.S.C. § 1961, from the date of entry of judgment until it is paid. The Clerk of Court is respectfully directed to enter judgment accordingly and close the case.

SO ORDERED.

Dated: August 2, 2017
        New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge